UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RANDOLPH F. LEIDL,

                MEMORANDUM AND ORDER

          Plaintiff,                 CV 09-2648

         -against-                (Wexler, J.)

VENGROFF, WILLIAMS &
ASSOCIATES, Inc., et al.,

          Defendants.
-------------------------------------------------------X

WEXLER, District Judge:

     Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, William D. Wall. The R&R recommends that this matter be dismissed with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

     The Report and Recommendation is dated November 4, 2010, and was filed on the Court's ECF system as of that date. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. See 28 U.S.C. §636 (b)(1)(c); Fed. R. Civ. P. 72. This case is hereby dismissed with prejudice. The Clerk of the Court is directed to close the file in this matter.

SO ORDERED

                                              /s/ LEONARD D. WEXLER
                                              UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       January 4, 2011

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY
OF THIS ORDER ON ALL PARTIES UPON RECEIPT.